UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALUTIIQ INTERNATIONAL SOLUTIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OIC MARIANAS INSURANCE CORPORATION,<br><br>　　　　　Defendant. | 2:10-cv-1189KJD-RJJ<br><br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on April 8, 2011.

　　　IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

　　　1.　　Shall identify the discovery that has been completed;

　　　2.　　Shall identify the discovery that remains outstanding;

　　　3.　　Shall identify any pending discovery motions; and,

　　　4.　　Shall detail all attempts to settle the case.

　　　DATED this   26th   day of January, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge