1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

8  ALUTIIQ INTERNATIONAL
9  SOLUTIONS, LLC,

Case No. 2:10-cv-01189-KJD-RJJ

10                              Plaintiff,

ORDER GRANTING
PLAINTIFF'S MOTION ENTRY OF
DEFAULT JUDGMENT

11      v.

12

13  OIC MARIANAS INSURANCE
    CORPORATION,

[CLERK'S ACTION REQUIRED]

14                              Defendant.

15

16                    **ORDER & JUDGMENT**

17        THIS MATTER came before the court upon Plaintiff Alutiiq International Solutions,

18  LLC's Motion for Entry of Default Judgment against defendant OIC Marianas Insurance

19  Corporation.  Pursuant to Federal Rule of Civil Procedure 55(b)(2), the Court, having considered

20  the pleadings filed in this action, including Plaintiff's motion and the supporting declaration of

21  Plaintiff's counsel and the exhibits attached thereto, now finds therefore:

22        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that default judgment shall

23  be entered against defendant OIC Marianas Insurance Corporation in the amount of

24  $1,552,665.00, plus interest at a rate according to law from the date of this judgment until the

25

26

ORDER GRANTING PLAINTIFF'S MOTION
FOR ENTRY OF DEFAULT JUDGMENT - 1

1  entire amount is paid.  Default judgment shall be filed and entered by the clerk of the court in

2  favor of Alutiiq International Solutions, LLC in said amount.

3

4

5  DATED this ___13___ day of ___May_____, 2011.

6

7                                        Kent J. Dawson
8                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFF'S MOTION
FOR ENTRY OF DEFAULT JUDGMENT - 2