UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLUTIIQ INTERNATIONAL SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OIC MARIANAS INSURANCE CORPORATION,<br><br>　　　　Defendant, | 2:10-cv-1189-KJD-RJJ<br><br>O R D E R |

This matter was submitted to the undersigned Magistrate Judge on Defendant's Motion for an Extension of Time (#30).

The Court having reviewed the Motion (#30), the Response (#32) and the docket herein finds that Default Judgment (#31) has already been entered in this case. Good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion for an Extension of Time (#30) is **DENIED.**

DATED this  8th  day of June, 2011.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　United States Magistrate Judge