**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALUTIIQ INTERNATIONAL  
SOLUTIONS, LLC,  
            Plaintiff,  

vs.  

OIC MARIANAS INSURANCE  
CORPORATION,  
            Defendant.

Case No. 2:10-cv-01189-JCM-NJK

ORDER DISCHARGING  
ORDER TO SHOW CAUSE

On March 8, 2013, the Court ordered Plaintiff's counsel and Defendant's counsel to show cause why they failed to file a notice of related cases pursuant to Local Rule 7-2.1. Docket No. 72. The Court has now received their response. Docket No. 74. For good cause shown, the Court hereby discharges the order to show cause.

IT IS SO ORDERED.

DATED: March 15, 2013

_____  
NANCY J. KOPPE  
United States Magistrate Judge