**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| ALUTIIQ INTERNATIONAL SOLUTIONS, LLC, | Case No. 2:10-cv-01189 -APG-NJK |
|---|---|
| Plaintiff, | **O R D E R** |
| v. | |
| OIC MARIANAS INSURANCE CORPORATION, | |
| Defendant. | |

This matter is currently set on the Court's July 8, 2013 trial stack. Plaintiff Alutiiq International Solutions, LLC filed a Motion to Continue the Trial Date and Reopen Discovery [Dkt. #99]. Defendants filed an Opposition [Dkt. #111] on June 17. Defendants do not object to Plaintiff's request, but condition that assent on various "understandings" related to discovery and the lack of entry of default and default judgment. Such conditions are not binding upon this court.

Good cause, as detailed in the Motion, supports Plaintiff's request to continue the trial date. Accordingly, the July 8, 2013 trial date is hereby vacated. Plaintiff's request to reopen discovery is hereby referred to Magistrate Judge Nancy Koppe. Judge Koppe may (but is not required to) consider the "understandings" referenced in Defendants'

/ / / /

/ / / /

/ / / /

Opposition. Once the issues set forth in the Motion and Opposition have been resolved (and, if necessary, a new Discovery Plan is put in place) a new trial date will be set.

Dated this 18th day of June, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE