**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ALUTIIQ INTERNATIONAL SOLUTIONS, LLC,<br><br>                   Plaintiff,<br><br>vs.<br><br>OIC MARIANAS INSURANCE CORPORATION, *et al.*,<br><br>                   Defendants. | 2:10-cv-01189-JAD-VCF<br><br>**MINUTE ORDER** |

Before the Court are Defendants' Motion for Extension of Time to File Supplemental Briefings Pursuant to Doc. #121 (#122) and Plaintiff's Motion for Telephonic Appearance (#124).

On November 20, 2013, the Court ordered the parties to file any supplemental briefs by November 29, 2013. Defendants seek an extension to file their supplemental brief on Wednesday, December 4, 2013. Defendants' supplement brief was filed on December 3, 2013.

IT IS HEREBY ORDERED that Plaintiff's Motion for Telephonic Appearance (#124) is GRANTED with the condition that local counsel must be present in person for the hearing scheduled for 2:00 p.m., December 9, 2013, in Courtroom 3D. The call-in conference number is 1-702-868-4911, passcode 123456. The call must be from a land line.

IT IS FURTHER ORDERED that Defendants' Defendants' Motion for Extension of Time to File Supplemental Briefings Pursuant to Doc. #121 (#122) is GRANTED.

DATED this 4th day of December, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE