# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALUTIIQ INTERNATIONAL SOLUTIONS, LLC, | 2:10-cv-01189-JAD-VCF |
| Plaintiff, | Consolidated with 2:11-cv-01104-JAD-VCF |
| vs. | **MINUTE ORDER** |
| OIC MARIANAS INSURANCE CORPORATION, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Emergency Motion for Continuation of Evidentiary Hearing Scheduled for May 9, 2014. (#145).

IT IS HEREBY ORDERED that a telephonic hearing on Plaintiff's Emergency Motion for Continuation of Evidentiary Hearing Scheduled for May 9, 2014 (#145) is scheduled for 11:00 a.m., April 25, 2014. The call in number is 1702-868-4911, passcode 123456. The call must be generated from a land line and the parties must call in five minutes prior to the hearing time.

DATED this 22nd day of April, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE