Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
PICKARD PARRY PFAU
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
702 910 4300 TEL
702 910 4303 FAX
zach@pickardparry.com

Attorneys for Defendants,
OIC Marianas Insurance Corporation,
Dennis Lyon, Ruth Lyon, and Native American Funds Management

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

* * *

| | |
|---|---|
| **Alutiiq International Solutions, LLC,** | Case No.: 2-10-cv-01189 |
| Plaintiff, | |
| vs. | |
| **OIC Marianas Insurance Corporation,** et al., | |
| Defendant. | |

**Stipulation for Leave to Substitute Attorneys**

Pursuant to LR 10-6, Defendants OIC Marianas Insurance Corporation, Dennis Lyon, Ruth Lyon, and Native American Funds Management hereby stipulate to substitute the law offices of PICKARD PARRY PFAU as their counsel of record in the above-entitled action in the place and stead of the LAW OFFICE OF DAN M. WINDER, P.C.

Dated this 10TH day of October 2014              Dated this 10th day of October 2014

_____                       _____
Dennis Lyon                                      Ruth Lyon

|   |   |
|---|---|
| Dated this 10th day of October 2014 | Dated this 10th day of October 2014 |
| OIC Marianas Insurance Corporation | Native American Funds Management |
| _/s/ Dennis Lyon_ | _/s/ Dennis Lyon_ |
| Dennis Lyon | Dennis Lyon |

I hereby agree to substitute in place and stead of the LAW OFFICE OF DAN M. WINDER, P.C. in the above-entitled action as counsel for Defendants.

DATED this 17th day of October 2014.    PICKARD PARRY PFAU

_/s/ Zachariah B. Parry_
Zachariah B. Parry, Esq.
Nevada Bar No.: 11677
10120 South Eastern Avenue, Suite 140
Henderson, Nevada 89052
702 910 4300 TEL
702 910 4303 FAX

Attorneys for Defendants,
OIC Marianas Insurance Corporation, Dennis Lyon, Ruth Lyon, and Native American Funds Management

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED:    10-20-2014