# UNITED STATES DISTRICT COURT

DISTRICT OF　　　Nevada

Alutiiq International Solutions, LLC

　　　　　　　　　Plaintiff,

V.

OIC Marianas Insurance Corporation, et al.,

　　　　　　　　　Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-01189-JAD-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff Alutiiq International Solutions, LLC. and against Defendant OIC Marianas Insurance Corporation.

March 16, 2015　　　　　　　　　　　　　　　　/s/ Lance S. Wilson

Date　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　/s/ Shelly Denson

　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk