# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alutiq International Solutions, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>OIC Marianas Insurance Corporation,<br><br>  Defendant. | Case No.: 2:10-cv-1189-JAD-VCF<br><br>Consolidated with:<br>Case No.: 2:11-cv-1104-JAD-VCF<br><br>**Order Adopting Report and Recommendation [Doc. 182]** |

Magistrate Judge Cam Ferenbach entered a report and recommendation on March 17, 2015, recommending "that an award of attorney's fees in the amount of $55,273 and non-taxable costs in the amount of $2,348.99, for a total of $57,621.99 be included in an Amended Judgment against [defendant OIC Marianas Insurance Corporation]." Doc. 182 at 2. To this amount Magistrate Judge Ferenbach added sanctions of $9,674.30, previously awarded by U.S. Magistrate Judge Peggy Leen in case 11-cv-1104 (Doc. 89) prior to its consolidation with this action. *Id.* Objections were due April 3, 2015. No objections were filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[1]

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Ferenbach's report and recommendation **[Doc. 182] is ADOPTED** in full.

It is FURTHER ORDERED that Alutiq is awarded attorney's fees of $55,273, and non-taxable costs in the amount of $2,348.99, for a total of $57,621.99, along with the $9,674.30 awarded in Case No. 11-cv-1104, Doc. 89, for a total award of $67,296.29. This award shall be included in any future judgment in favor of Alutiq against defendant OIC Marianas Insurance

---

[1] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Corporation.

DATED April 9, 2015.

_____
Jennifer A. Dorsey
United States District Judge

2