✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**DISTRICT OF**  Nevada

Alutiiq International Solutions, LLC

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

OIC Marianas Insurance Corporation

Case Number:  2:10-cv-01189-JAD-VCF

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Alutiq is awarded attorney's fees of $55,273 and nontaxable costs in the amount of $2,348.99, for a total of $57,621.99, along with the $9,674.30 awarded in Case No. 11-cv-1104 per Order (document #89) for a total award of $67,296.29. This award shall be included in any future judgment in favor of Alutiq against defendant OIC Marianas Insurance Corporation.

April 9, 2015

/s/ Lance S. Wilson

Date

Clerk

/s/Shelly Denson

(By) Deputy Clerk