# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALUTIIQ INTERNATIONAL SOLUTIONS, LLC,

        Plaintiff,

vs.

OIC MARIANAS INSURANCE CORPORATION, *et al.*,

        Defendants.

2:10-cv-01189-JAD-VCF

**ORDER**

Before the Court are the Plaintiff's Motion for Entry of Default Judgment (#185) and Defendants' Motion for Extension of Time to Respond to Application for Default Judgment (#187).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Entry of Default Judgment (#185) and Defendants' Motion for Extension of Time to Respond to Application for Default Judgment (#187) is scheduled for 1:30 p.m., May 19, 2015, in courtroom 3D.

DATED this 28th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE