# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ALUTIIQ INTERNATIONL SOLUTIONS, LLC, | |
| Plaintiff, | 2:10-cv-01189-JAD-VCF |
| vs. | **ORDER** |
| OIC MARIANAS INSURANCE CORPORATION, *et al.*, | |
| Defendants. | |

The court has received the attached letter from Mark Rosencrantz, Esq., counsel for Plaintiff Alutiiq International Solutions, LLC. Mr. Rosencrantz seeks clarification of the Order (#193) which sets the hearing for May 19, 2015.

The hearing scheduled for May 19, 2015 is not an evidentiary hearing. If, on May 19, 2015, the court determines that additional evidence is needed to decide Plaintiff's Motion for Entry of Default Judgment (#185) and Defendants' Motion for Extension of Time to Respond to Application for Default Judgment (#187), an evidentiary hearing will be scheduled for a future date.

DATED this 30th day of April, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE



1215 Fourth Avenue, Suite 2210
Seattle, Washington 98161-1016

Telephone: 206-204-5800
Facsimile: 206-204-0284
www.watttieder.com

April 30, 2015

Mark Rosencrantz
Attorney
mrosen@watttieder.com

**VIA FACSIMILE AND HAND DELIVERY**

Chambers of the Honorable Cam Ferenbach
Lloyd D. George U.S. Courthouse
333 South Las Vegas Blvd.
Las Vegas, NV 89101

      Re:   *Alutiiq International Solutions, LLC v. OIC Marianas, et al.*
            Case No. 2:10-cv-01104-JAD-VCF – Order [ECF 193]

Dear Judge Ferenbach:

      I write this letter to seek guidance on your preferred format for the upcoming May 19, 2015 hearing on Plaintiff's Motion for Entry of Default Judgment [ECF 185] and Defendants' Motion for Extension of Time to Respond to Application for Default Judgment [ECF 187] in the above referenced matter.

      Your recent Order setting the hearing [ECF 193] sets a time and date, but does not indicate whether you wish simply to hear argument, or whether you would like to receive witnesses testimony. Alutiiq International Solutions is ready and willing to provide witnesses on any topic that would be helpful to you in ruling. However, as Alutiiq is based in Anchorage, AK, advance travel preparations need to be made. As a result, Alutiiq seeks any guidance you can provide on this issue.

      Moreover, after receiving your Order, I spoke by telephone to counsel for the Defendants, and he indicated that witnesses he may call in the event you wish to hear live testimony may also need to travel to Las Vegas. Given that, he too would appreciate knowing your thoughts and preferences.

. . .

. . .

. . .

Honorable Cam Ferenbach
April 30, 2015
Page 2

Please let me know if you have any questions or comments.

Very truly yours,

Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

Mark Rosencrantz

MR/eq

cc: Zachariah B. Parry
    Counsel for Defendants