WATT TIEDER HOFFAR & FITZGERALD, LLP
Mark Rosencrantz, Nevada Bar No. 6475
mrosen@wthf.com
1215 Fourth Avenue, Suite 2210
Seattle, WA 98161
Tel:   (206) 204-5800
Fax:   (206) 204-0284

JOLLEY URGA WOODBURY & LITTLE
Martin A. Little, Nevada Bar No. 7067
mal@juww.com
3800 Howard Hughes Pkwy., #1600
Las Vegas, NV 89169
Tel:   (702) 699-7500
Fax:   (702) 699-7555

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALUTIIQ INTERNATIONAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OIC MARIANAS INSURANCE CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:10-cv-01189-JAD-VCF<br><br>Consolidated With No. 2:11-cv-01104-APG-NJK<br><br>MOTION FOR TELEPHONIC APPEARANCE |

Plaintiff Alutiiq International Solutions, LLC ("Alutiiq") hereby moves this Court to allow telephonic appearance at the show cause hearing currently scheduled for January 17, 2017 at 2:00 p.m. in Courtroom 3D pursuant to the Minute Order dated January 3, 2017 (ECF 242). This procedure has been utilized on several occasions in this consolidated litigation without objection from any party. Given that lead trial counsel is located in Seattle, Washington, it would cost thousands of dollars in attorneys' fees and costs for counsel to travel to Las Vegas for this hearing.

MOTION FOR TELEPHONIC APPEARANCE - 1

Watt Tieder Hoffar & Fitzgerald, L.L.P.
Attorneys at Law
1215 Fourth Avenue, Suite 2210
Seattle, Washington 98161
206-204-5800/206-204-0284 fax

1  In the event that the Court feels that it is critical to have a representative of Alutiiq physically present in the Courtroom, Alutiiq asks that they be allowed to have an attorney from its local counsel attend in person, and its lead trial counsel attend via telephone.

Dated this 13th day of January, 2017.

WATT TIEDER HOFFAR & FITZGERALD, LLP

By: /s/ *Mark Rosencrantz*
Mark Rosencrantz, Nevada Bar No. 6475
1215 Fourth Avenue, Suite 2210
Seattle, WA 98161
Tel:   (206) 206-204-5800
Fax:  (206) 206-204-0284

JOLLEY URGA WOODBURY & LITTLE
Martin A. Little, Nevada Bar No. 7067
3800 Howard Hughes Pkwy., #1600
Las Vegas, NV 89169
Tel:   (702) 699-7500
Fax:  (702) 699-7555

Attorneys for Plaintiff
Alutiiq International Solutions, LLC

APPROVED:

DATED: January 13, 2017.

United States ~~District~~ Judge
         Magistrate

IT IS HEREBY ORDERED that local counsel for Plaintiff must appear in person.
The call-in telephone number is (888)273-3658, access code: 3912597.  The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

MOTION FOR TELEPHONIC APPEARANCE - 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2017 I caused a copy of MOTION FOR TELEPHONIC APPEARANCE to be filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF, via U.S. Mail, and where possible via email.

<u>Counsel for OIC Marianas; NAFMS, and Lyon:</u>
Pickard Parry Pfau
Zachariah B. Parry, #11677
10120 South Eastern Avenue, Suite 140
Henderson, NV 89052
E:   zach@pickardparry.com

Oceania Insurance Corporation
Suite #206 Mac Building
Middle Road Chalan Laulau
Saipan MP 96950

<u>Counsel for William R. Whalen:</u>
Jeffrey A. Cogan, Esq., Ltd.
Jeffrey A. Cogan, #4569
6900 Westcliff Drive, Suite 602
Las Vegas, NV 89145
E:   jeffrey@jeffreycogan.com

/s/ Lana Ramsey

CERTIFICATE OF SERVICE - 1