**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ALUTIIQ INTERNATIONAL SOLUTIONS, LLC,

        Plaintiff,

vs.

OIC MARIANAS INSURANCE CORPORATION, *et al.*,

        Defendants.

2:10-cv-01189-JAD-VCF

Consolidated with No. 2:11-cv-01104-APG-NJK

**REPORT AND RECOMMENDATION**

Before the Court is the Motion for Order Directing that Property of Defendant Oceania be Executed on Applied Toward Satisfaction of Judgment Pursuant to NRS 21.230 (ECF No. 248). No opposition has been filed and the time to file an opposition has passed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem that the opposing party has consented to the granting of the instant motion.

Good cause appearing,

IT IS HEREBY RECOMMENDED that the Motion for Order Directing that Property of Defendant Oceania be Executed on Applied Toward Satisfaction of Judgment Pursuant to NRS 21.230 (ECF No. 248) be GRANTED.

IT IS FURTHER RECOMMENDED that Lyon's entire 51 percent interest in Oceania's stock, Lyon's community property interest in his wife's 49 percent in Oceania's stock, and all causes of action belonging to Oceania, be applied toward satisfaction of Alutiiq's judgment.

DATED this 22nd day of February, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE