UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alutiiq International Solutions, LLC,<br><br>    Plaintiff<br><br>v.<br><br>OIC Marianas Insurance Corporation, et al.,<br><br>    Defendants | 2:10-cv-01189-JAD-VCF<br><br>**Order Adopting Report and Recommendation and Granting Motion to Enforce Judgment**<br><br>[ECF Nos. 248, 250] |

On January 14, 2016, I granted in part and denied in part Alutiiq's motion for default judgment, and the Clerk entered judgment in favor of Alutiiq and against Native American Funds Management, OIC Marianas Insurance Corporation, and Dennis Lyon. Alutiiq moves for an order directing that property of Lyon's company Oceania be executed and applied toward satisfaction of the judgment under NRS § 21.230.[1] No opposition was filed. Magistrate Judge Ferenbach recommends that I grant the motion and order that Lyon's entire 51% interest in Oceania's stock, Lyon's community property in his wife's 49% of Oceania's stock, and all causes of action belonging to Oceania be applied toward satisfaction of Alutiiq's judgment.[2] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Objections to the magistrate judge's report and recommendation were due by March 8, 2017, and no objections have been filed. Accordingly,

---

[1] ECF No. 248.

[2] ECF No. 250.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 250] is ADOPTED, and Alutiiq's motion to enforce judgment [ECF No. 248] is GRANTED.**

IT IS FURTHER ORDERED that Lyon's entire 51% interest in Oceania's stock, Lyon's community property interest in his wife's 49% in Oceania's stock, and all causes of action belonging to Oceania are executed and applied toward satisfaction of the default judgment against Lyon under NRS § 21.230.

Dated this 13th day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge