# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ALUTIIQ INTERNATIONAL SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>OIC MARIANAS INSURANCE CORPORATION, *et al.*,<br><br>    Defendants. | 2:10-cv-01189-JAD-VCF<br>**ORDER** |

Before the Court are the Motion for Contempt and to Compel Compliance with Subpoena and for Sanctions (ECF No. 259) and Winder's Motion for Leave to File Late Response to Motion 259 (ECF No. 265).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion for Contempt and to Compel Compliance with Subpoena and for Sanctions (ECF No. 259) and Winder's Motion for Leave to File Late Response to Motion 259 (ECF No. 265) is scheduled for 2:00 PM, December 18, 2017, in Courtroom 3D.

DATED this 1st day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE