# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| ALUTIIQ INTERNATIONAL SOLUTIONS, LLC, | 2:10-cv-01189-JAD-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| OIC MARIANAS INSURANCE CORPORATION, *et al.*, | |
| Defendants. | |

Before the Court are the Law Office of Dan M. Winder's Motion to Quash (ECF No. 275), Plaintiff's Motion for Sanctions (ECF No. 279), and Motion to Withdraw and Substitution of Counsel (ECF No. 282).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Law Office of Dan M. Winder's Motion to Quash (ECF No. 275), Plaintiff's Motion for Sanctions (ECF No. 279), and Motion to Withdraw and Substitution of Counsel (ECF No. 282) is scheduled for 10:00 AM, March 15, 2018, in Courtroom 3D.

IT IS SO ORDERED.

DATED this 2nd day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE