**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ALUTIIQ INTERNATIONAL SOLUTIONS, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>OIC MARIANAS INSURANCE CORPORATION, *et al.*,<br><br>           Defendants. | 2:10-cv-01189-JAD-VCF<br>**ORDER** |

On March 16, 2018, Mr. Dan Winder paid the full $500 in monetary sanctions to the court. Due to an accounting error, this amount was not reflected in the correct case.

Accordingly,

IT IS HEREBY ORDERED that the show cause hearing scheduled for April 9, 2018 is VACATED.

DATED this 3rd day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE